

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,965-01

**EX PARTE MARIO LOPEZ JUCUP, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W10-55339-R(A) IN THE 265TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Applicant contends the writ record is missing documents and motions he filed. Specifically, he says he filed motions for a retrospective competency examination and for appointment of counsel and a reply to the State's answer.

The district clerk shall either forward to this Court these documents or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: April 24, 2020
Do not publish